UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-CV-00181-PGB-RMN

HOWARD COHAN,

    Plaintiff,

vs.

BEALLS 1987, INC.
a Florida Profit Corporation
d/b/a BEALLS OUTLET

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BEALLS 1987, INC., a Florida Profit Corporation, d/b/a BEALLS OUTLET, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED May 21, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: /s/ Robert S. Fine |
| Gregory S. Sconzo, Esq. | ROBERT S. FINE |
| Florida Bar No.: 0105553 | Florida Bar No. 155586 |
| Sconzo Law Office, P.A. | Email: finer@gtlaw.com |
| 3825 PGA Boulevard, Suite 207 | GREENBERG TRAURIG, P.A. |
| Palm Beach Gardens, FL 33410 | Attorneys for Bealls 1987, Inc. |

1

Telephone: (561) 729-0940  
Facsimile: (561) 491-9459  
Email: greg@sconzolawoffice.com  
Email: perri@sconzolawoffice.com  
Attorney for Plaintiff

333 SE 2nd Avenue, Suite 4400  
Miami, Florida 33131  
Telephone: (305) 579-0500  
Facsimile: (305) 579-0717

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          **/s/ Gregory S. Sconzo**  
                                          **Gregory S. Sconzo, Esq.**